UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:12-cr-00232--PAL** |
| Plaintiff, | |
| vs. | **ORDER TO EXTEND SELF-SURRENDER DATE** |
| EDWIN ROSALES, | |
| Defendant.. | |

Based on the Joint Motion to Extend Self-Surrender Date, and good cause appearing therefore,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Motion   is GRANTED and the self-surrender date is extended to June 10, 2013 by 12:00 PM.

DATED:   April   12   , 2013.

_____
UNITED STATES DISTRICT JUDGE

3