UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>EDWIN ROSALES,<br><br>  Defendant.. | 2:12-cr-00232--PAL<br><br>**ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

Based on the Motion to Modify Conditions of Pretrial Release, and good cause appearing therefore,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Motion to Modify Conditions of Pretrial Release to permit travel to Arizona on April 19th, 2013 through April 23, 2013 is hereby GRANTED.

DATED: April  17 , 2013.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE