# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.

Edwin Rosales

Crim No. 2:12CR00232

On October 11, 2015 the above named was placed on supervised release for a period of 5 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

2020.01.17
07:04:03 -08'00'

Gabriella Mitchell
United States Probation Officer Assistant

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___ day of 18th, 20 20

Lloyd D. George
Senior United States District Judge